# Third District Court of Appeal
## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1179
Lower Tribunal No. 21-20049
_____

**Scarlett Okhremenko,**
Appellant,

vs.

**Steve Cohen, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Scarlett Okhremenko, in proper person.

The Law Offices of Bruce Prober, P.A., and Bruce Prober (Fort Lauderdale), for appellees.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.